**Exhibit A to the Complaint**

**Location:** East Petersburg, PA  
**Total Works Infringed:** 53

**IP Address:** 174.60.207.61  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | EC230AAC872FB7D4EA4A619E108BF6A1A3A77D3C | Blacked | 12/07/2017 21:47:01 | 03/26/2017 | 06/05/2017 | PA0002052857 |
| 2 | 005F68E32C85041A13A7F8F17E771403D061FE95 | Vixen | 10/17/2017 01:14:48 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 3 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/16/2017 01:52:25 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 4 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 05/22/2017 03:56:59 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 5 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 09/25/2017 12:09:04 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 6 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/06/2017 23:07:07 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 7 | 1AAD40B9C28B70D2156BCD7912A2F284C11F634D | Vixen | 08/17/2017 20:42:35 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 8 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 07/16/2017 02:15:55 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 9 | 1E67DE039B64675913542CB2412BE54790434246 | Blacked | 11/12/2017 13:33:00 | 04/10/2017 | 06/15/2017 | PA0002037582 |
| 10 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 05/12/2017 22:22:36 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 11 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/22/2017 02:44:19 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 12 | 337A87F18ACD71687C3733C359197601B44E39FF | Vixen | 05/30/2017 22:24:18 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 13 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 11/25/2017 23:13:27 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 14 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 09/28/2017 19:25:51 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 15 | 4621BB4A0025EC53A878119567D5F952DB339CE7 | Blacked | 05/30/2017 22:09:44 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 16 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 08/25/2017 01:49:00 | 08/24/2017 | 08/24/2017 | PA0002052837 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 09/13/2017 21:06:51 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 18 | 637973CB536525CD32F7FFDC054B4E1B9742D7FA | Tushy | 11/23/2017 10:32:40 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 19 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 07/30/2017 17:20:27 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 20 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/18/2017 01:50:07 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 21 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 07/02/2017 19:49:22 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 22 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | Blacked Ra | 11/05/2017 04:26:52 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 23 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 12/05/2017 18:39:43 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 24 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/18/2017 01:52:44 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 25 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/07/2017 21:45:17 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 26 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 07/04/2017 22:07:34 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 27 | 84C01FA0E5D76CA23530990E9E685C47C10169FC | Blacked | 08/19/2017 10:12:54 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 28 | 8737D7D0823BFF5EE9801800DA9E329821895E31 | Blacked | 08/29/2017 05:12:32 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 29 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 08/28/2017 01:34:49 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 30 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 09/13/2017 21:21:52 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 31 | 9346C2F8A6E29C4B60C84E6579384A985F3474C0 | Vixen | 12/12/2017 02:28:35 | 12/10/2017 | 12/17/2017 | 16159649229 |
| 32 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Ra | 11/13/2017 21:40:58 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 33 | 9D29B8DA43C5063F7087D93478E6DDF9605BD22A | Tushy | 10/29/2017 02:05:51 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 34 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 09/03/2017 03:57:05 | 09/02/2017 | 09/07/2017 | PA0002052847 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | A03B6569E886BF8091B6D0E7E9B8FA6DB98CDE20 | Vixen | 10/17/2017 01:25:44 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 36 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 09/20/2017 03:15:48 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 37 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 08/05/2017 03:17:34 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 38 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 07/30/2017 17:20:15 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 39 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 06/13/2017 02:22:05 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 40 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/08/2017 01:07:05 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 41 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 05/16/2017 18:19:55 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 42 | C28A866375FF6CB8933EE66D5D4642164AF0A438 | Tushy | 06/29/2017 03:05:39 | 06/25/2017 | 07/06/2017 | 15584063333 |
| 43 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 11/26/2017 22:04:57 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 44 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 06/13/2017 02:21:46 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 45 | CA6678C58C405A501AF293322491A7DBD8B843A4 | Tushy | 07/16/2017 01:49:52 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 46 | CF7373B976BF078DBB9CE0871213D8469D84358D | Tushy | 10/05/2017 09:41:32 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 47 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 07/28/2017 01:50:25 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 48 | E46B81E1A71E3AC4E1FF3BC9B79FCF54E0D2AF00 | Blacked | 11/01/2017 22:53:36 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 49 | E594CCFA020A26AFC7C7138A58759BC81230676D | Vixen | 08/08/2017 23:05:35 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 50 | EA940B8AA781644B98523FD3D1B0B6809C9A5229 | Blacked | 11/22/2017 12:52:26 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 51 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 07/02/2017 19:47:21 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 52 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/29/2017 02:10:19 | 10/22/2017 | 11/15/2017 | PA0002063627 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 09/27/2017 03:38:07 | 09/22/2017 | 10/02/2017 | PA0002057455 |