UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 2:18-cv-00215-MSG |
| | ) |
| v. | ) Judge Mitchell S. Goldberg |
| | ) |
| ROBERT MCMONIGAL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF'S VOLUNTARY DISMISSAL
## WITH PREJUDICE OF ROBERT MCMONIGAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant Robert McMonigal are voluntarily dismissed with prejudice.

Dated: April 24, 2018                Respectfully submitted,

By: /s/ *Christian Moffitt*
Christian Moffitt, Esq. (206770)
cmoffitt@foxrothschild.com
Andrew Bonekemper, Esq. (84313)
abonekemper@foxrothschild.com
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA  19422-3001
Tel: (610) 397-6500
Fax: (610) 397-0450
www.foxrothschild.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Christian Moffitt*
Christian Moffitt, Esq.
